| | | | |
|---|---|---|---|
| 066P15 | State v. Thomas Willoughby | 1. Def's PWC to Review Order of COA<br><br>2. Def's PWC to Review Order of Superior Court of Onslow County | 1. Dismissed<br><br>2. Dismissed<br><br>**Jackson, J., recused** |
| 069P15 | State v. Jason Keith Williford | Def's PDR Under N.C.G.S. § 7A-31 (COA14-50) | Denied |
| 072P15 | State v. Tyrone Lamonia Exum | Def's *Pro Se* PWC to Review Order of Superior Court of Lenoir County | Denied |
| 073P15 | State v. John Edward Rogers | Def's *Pro Se* Petition for Writ of *Certiorari* to Review Order of COA (COAP15-9) | Dismissed |
| 074P15 | State v. Gary Lee Wells, Sr. | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Randolph County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 075P15 | State v. Travis L. Wilkins | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 078P15 | State v. Jonathan Michael Runyon | Def's PDR Under N.C.G.S. § 7A-31 (COA14-817) | Denied |
| 080A13-2 | State v. Timothy Charles Wilkes | 1. Def's PWC To Review Order of the COA (COA14-307)<br><br>2. Def's PWC to Review Order of the Superior Court of Moore County<br><br>3. Def's Motion to Appoint Counsel<br><br>4. State's Motion to Amend Response to PWC | 1. Dismissed<br><br>2. Dismissed<br><br>3. Denied<br><br>4. Allowed |
| 081P15 | Stephanie L. Needham, Individually and as Guardian *Ad Litem* for John Doe, Jane Doe, and June Doe v. Roy Alan Price | Def's PDR Under N.C.G.S. § 7A-31 (COA14-706) | Allowed |
| 085P15 | State v. Lashon Kentrell Fairley | 1. Def's *Pro Se* Motion for Mandamus<br><br>2. Def's *Pro Se* Motion for Appointment of Counsel | 1. Denied<br><br>2. Dismissed as moot |